**FILED**

*December 9, 2015*

**Third Court of Appeals
Jeffrey D. Kyle
Clerk**

03-15-00319-CV

Trial Court Cause No. C-1-CV-14-007906

County Court At Law No. 1, Travis County, Texas

Honorable Todd T. Wong, Judge Presiding

DAVID RAETZSCH,                          X    IN THE COUNTY COURT

Appellant, pro se                        X    AT LAW, NUMBER ONE,

Vs                                       X    TRAVIS COUNTY, TEXAS

BARBARA LOVINGS HORTON, X

Appellee, pro se                         X    "STATE OF TEXAS"

Appealed to the COURT OF APPEALS for the
THIRD DISTRICT OF TEXAS at AUSTIN, TEXAS


Pro se Appellant

David Raetzsch

7101 N. IH35, Apt. 133

Austin, Texas 78752


Pro se Appellee

Barbara Lovings Horton

P.O. Box 143537

Austin, Texas 78714-3537


Jeffrey D. Kyle, Clerk

Court of Appeals

Third District of Texas

PO Box 12547

Austin, Texas 78711-2547

1.

RECEIVED

DEC 0 9 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

CONSTITUTION of the STATE OF TEXAS (1876)

Preamble. Humbly invoking the blessing of Almighty God, the people of the State of Texas do ordain and establish this Constitution.

ARTICLE I.

Bill of Rights.

That the general, great and essential principles of liberty and free government may be recognized and established, we declare:

Sec. 4 No religious test shall ever be required as a qualification to any office, or public trust, in this State, nor shall any one be excluded from holding office on account of this religious setiments, provided he acknowleged the existence of a Almighty God.

Sec. 6 All men have a natural and indefesible right to worship Almighty God according to the dictates of their own consciences. No man shall be compelled to attend, erect or support any place of worship, or to maintain any [ministry] against his consent. No human [authority] ought, in any case whatever, to control or interfere with the rights of conscience in matters of religion, and no preference shall ever be given by law to any religious society or mode of worship. But it shall be the duty of the Legislature to pass such laws as may be necessary to protect equally every religious denomination in a peaceable enjoyment of its own mode of worship.

2.

Sec. 13. All courts shall be open, and every person for an injury done him in his lands, goods, person, or reputation shall have remedy by due course of law.

Sec. 18. No person shall ever be imprisoned for debt.

Sec. 19. No citizen of this State shall be deprived of life, liberty, [property], privileges, or immunities, or in any manner disfranchised, except by the due course of the law of the land.

Sec. 27. The citizens shall have the right, in a peaceable manner, to assemble together for their common good, and apply to those invested with the power of government for redress of grievances or other purposes, by petition, address or remonstrance.

Sec. 28  No power of suspending laws in this State shall be excercised except by the Legislature.

Ms. Barbara Lovings Horton, Appellee pro se, admitted in her civil action J5-CV-14-233595, Justice of the Peace, Precinct 5, Court, that she violated, American Disabilities Act, Fair Housing Act, Texas Government Code Section 2306.6738, by confiscating David Raetzsch, Appellant's pro se, property. All of Appellants property. Including a King James big print Holy Bible, study Bible, which the Court ordered her to return after over a year. Just

3.

to show what type of "UnHoly Ministry", "Celebration House of Restoration Ministry" is. Appellant pro se had no idea.

Before the "Brief on Appeal" a worthy note on Loving Care Homes Ministry, owned and directed by Barbara Lovings Horton, Appellee pro se. The word ministry does not refer to any physical building but a whole body of believers in Christ. An assembly or congregation of people. Joshua said "choose you this day whom ye will serve" Joshua 24:15. The government demands a similar choice because its registered and defined by the State. Corporation is a group of people combined into or acting as one body, corpus which means body. Christian Church or ministry. Corpus Christi or body of Christ. Authority

4.

from its Head, the risen and victorious Son of God.

Members covenanted together to further Christ's Kingdom preaching the gospel and discipling of the nations. Mathew 28:19-20, The ministries "corporate status" is well established. Mathew 16:18, 1 Corinthians 12:12-14, 27 Ephesians 1:22, 5:23b, 30, Colossians 1:18 ; 2:19 Jesus Himself stated " My Kingdom is not of this world" John 18:36.

Texas Constitution Art. 1 Sec. 6 No man shall be compelled to attend, erect, or support any place of worship, or to maintain any [ministry] against his consent. No human [authority] ought, in any case whatever to control or interfere with the rights of conscience in matters of religion ...

5.

(I.) ERROR, Vol. 2, Pg. 7, Line 13 to Line 17

Barbara Lovings Horton, went off the record, Line 13, the $400 the court awarded Mr. Raetzsch was on Judgement No. J5-CV-14-235831, not on appeal or trial de novo. Line 16 Appellant Objected, objection not ruled on.

Appellant did not recieve all of his property. Vol. 2, Pg. 8, Line 2-3, the court, constable did give Ms. Horton, Notice.

(II.) ERROR, Vol. 2, Pg. 14, Line 14-15

Barbara Lovings Horton, never counter sued, saying she did return his property.

Vol. 2, Pg. 14, Line 22 Objection,

Pg. 15, Line 12-14 Objection, No counter suit. Overruled.

(III.) ERROR, Vol. 2, Pg 18 Line 3-5

Barbara Lovings Horton, agin went off record to testify about seperate suit No. J5-CV-14-235831. All property she admitted stealing, Texas Government Code Section 2306.6738 for alleged rent.

(IV.) ERROR, Vol. 2, Pg. 18, Line 22-23 Perjury

Barbara Lovings Horton does own Loving Care Homes Ministry.

(V.) ERROR, Vol. 2, P. 20, Line 23-25 Celebration House of Restoration Ministry, is the name. Line 25 is Perjury.

**VI.** ERROR, Vol. 2, Pg. 27, Ln. 12-18 The Court, Honorable Todd T. Wong, stopped the proceedings to find out exactly what this "Trial De Novo" was all about? Judgement # J5-CV-14-233595, # 2,818.67 + CC w/Int. @ RTE of 5% ANNUM or Judgement # J5-CV-14-235831 # 400.00 + CC w/Int. @ RTE of 5% ANNUM. Which was not appealed.

See Vol. 2, Pg. 27, Ln. 19-22 Correct Objection. In fact see pages 27-32

**VII.** ERROR, Vol. 2, Pg. 34 Line 21-25 Ms. Barbara Lovings Horton testified Travis County Criminal Justice, Inside Out program paid 30 days rent. The first 30 days.

**VIII.** ERROR, Vol. 2, Page 36 The Court is leading Ms. Barbara Lovings Horton into produceing an alleged lease. Page 37 Ms. Horton speaking to the Court, Line 15 "I thought that it was a clean-cut thing, you know."

On Vol. 2, Page 39, Line 8, Mr. Raetzsch, Appellant asked for written rulings on objections to Alleged "Lease" agreement, and the Honorable Todd T. Wong stated he would give written rulings if Appellant asked for transcript. Appellant did request transcript. There are still no written rulings. Lines 10-12

**IX.** ERROR, Vol. 2, Lines 22-25 "Lease" Witness Barbara Lovings Horton, stated she was owed almost six months rent, and Travis County Criminal Justice, Inside Out program said that was good to do that for him". Page 40

7.

X.) Vol. 2, Page 41, Lines 1-7 The Court asked Ms Horton, did you return the items (his property), all his items, personal items at the time you removed him from your property?

Ms. Horton - Yes, I did.       Perjury.

Line 8 Did you return his Bible?

Ms. Horton - Yes            Perjury.

On Page 40, Ms Horton, admitted she kept my David Raetzsch's property until he payed money or funds owed. Violating Texas Government Code Section 2306. Theft.

XI.) ERROR, Vol. 2, pages 56, 57, 58 Appellant David Raetzsch, explained to the Court that Barbara Lovings Horton, and Travis County Criminal Justice - Inside Out program knew David Raetzsch was disabled, had no money, and was waiting on Social Security Disability, Travis County Housing Authority, Section 8, Housing and so on.

page 59, 60 XII.) ERROR, Vol. 2, Lines 11-25, On March 29, 2013 when, the day David Raetzsch got out of State Jail, Barbara Lovings Horton had me sign a blank "Lease" in order to stay there.

Travis County Criminal Justice - Inside Out payed rent then, and Ms Horton testified to that. See Vol. 2, page 34, Lines 21-25 Ms. Horton testified Inside Out paid 30 days. Thats April 2013.

So, unless Ms. Horton double dips, wants to collect twice, from Travis County and the Federal

8.

Government, Social Security Disability, those lines were blank, as David Raetzsch testified, to be worked out at a later date.

Actualy it states, "The Celebration House" "Lease Agreement" David Raetzsch resident, 3104 Northeost Dr., $560 on the 1st of the month. $25 late fee and $5.00 per day after that. Starting 3-29-13 the day David Raetzsih got out of State Jail. X Six months.

$560 X 6 = $3,360          27 days X $5 = $135
$135 X 6 = + $810          $25 X 6 = $150
           $4,320.  not  $ 2,818.67 + cc w/int @

RTE of 5% ANNUM, or something, utterly ridiculous.

(XIII.)  Vol. 2, page 62 Lines 2, 3, 4, 5, 6, 7
         ERROR Vol. 2, page 62, Line 8-12
The Court requires David Raetzsch to pay Ms. Horton, not Celebration House of Restoration Ministry. Not a ministry? Semantics

Appellant already showed (Vol. 2, page 20, Line 23-25, that Celebration House of Restoration Ministry is a Ministry.

9.

Previously, I stated and proved by Cause No. J5-CV-14-235831 "Motion To Vacate Judgement" denied, "Notice Of Restricted Appeal" denied. Ms. Horton, Defendant was notified by the Constable Precinct Five, and the Court. The Defendant chose not to go to court. The Defendant chose not to appeal.

Judgement J5-CV-14-235831 is final.

The Court of Appeals, Third District of Texas, nor the County Court No. 1, has jurisdiction to hear or re-hear that cause. No appeal. No trail de novo.

Barbara Lovings Horton, Defendant J5-CV-14-235831 did not return all of my, David Raetzsch's property, and ~~had~~ had no right to take it. Not for one day, one week, one month, one year, not for any time at all. Texas Gov. Code Section 2306.6738, violating the Fair Housing Act, the American Disabilities Act.

The Defendant consistantly commits perjury, and contempt of court. In prosecution I have shown it. Look at Plaintiff's Exhibit No. 5, that shows Travis County Criminal Justice - Inside Out paid Barbara Lovings Horton Loving Care Ministries Inc., $797.50 she is trying to collect twice. Once from Travis County and agin from Social Security Disability. Double dipping. Or the "Lease Agreement" is no good.

## PRAYER

In good faith and for good cause David Raetzsch, Appellant, prays the Court would find Barbara Lovings Horton, Appellee in contempt of court, a perjuror, unlawful in her evil ways, as the ends of justice may so require.

Respectfully Submitted

David Raetzsch 12-5-15
7101 N, IH 35, Apt. 133
Austin, Texas 78752


## CERTIFICATE OF SERVICE

I, David Raetzsch, Appellant, sent by US Mail 1s class postage pre paid, one (1) copy of this 11 page Brief On Appeal, so that she may respond, or admit the truth, on this the 5th day of December, 2015,

David Raetzsch

Mailed to:
Barbara Lovings Horton
P.O. Box 143537
Austin, Texas 78714 - 3537

03-15-00319-CV

TRIAL COURT CAUSE NO. C-1-CV-14-00796


IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS


DAVID RAETZSCH, Appellant pro se
Vs.
BARBARA LOVINGS HORTON, Appellee pro se

"BRIEF ON APPEAL" AND "BILL OF EXCEPTIONS"
TO THE HONORABLE JUDGES, EN BANC, COURT
OF APPEALS, THIRD DISTRICT OF TEXAS :

   COMES NOW, David Raetzsch, Appellant pro
se, herein, and on or about the 16th of
November, 2015 filed a "Bill of Exceptions To
Record On Appeal" by "Petition For Writ Of
Habeas Corpus", pages 1-8; and a "Brief On
Appeal" filed on or about December 5th, 2015
pages 1-11.

I. BRIEF ON APPEAL, Assignment Of Errors;
   Constitution of the State of Texas, Article I,
Sec. 4, Sec. 6, Sec. 13, Sec. 18, Sec. 19, Sec. 27, and
Sec. 28.



RECEIVED

DEC 0 9 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

A.

## ERRORS page 6-11

Error I., Error II., Error III., Error IV., Error V., Error VI., Error VII., Error VIII., Error IX, Error X, Error XI., Error XII., and Error XIII..

## SUMMARY page 10

## PRAYER page 11

## CERTIFICATE OF SERVICE page 11.

The errors show Volume, Page, and Lines.

Respectfully Submitted,

*David Raetzsch*

David Raetzsch 12-5-15
Appellant pro se

B.

c/o Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

David Raetzsch
7101 N. IH 35, Apt. 133
Austin, Texas 78752

Dec. 5, 2015

Brief